July 24, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

### LISA OGDEN, STEVEN GAYLE, AND WAYNE WESTBROOK,
Appellants/Cross-Appellees

NO. 14-10-01052-CV                              V.

### KENNETH RYALS AS MANAGING TRUSTEE OF EAST TEXAS INVESTMENT
TRUST, Appellee/Cross-Appellant

_____

This cause, an appeal from the judgment in favor of Appellee/Cross-Appellant, Kenneth Ryals as Managing Trustee of East Texas Investment Trust, signed July 29, 2010, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

Each party shall be responsible for their own costs incurred in this appeal.

We further order this decision certified below for observance.